## 38858. E. L. B. & A. CORPORATION v. GEORGIA IMPLEMENT & TRUCK COMPANY.

Felton, Chief Judge. The dismissal of a cross-action is not such a final judgment as may be reviewed by this court on a bill of exceptions assigning error only on such a judgment. The amendment to the rules of practice and procedure, approved January 19, 1957 (Ga. L. 1957, pp. 224, 230; *Code Ann.* § 6-701), did not repeal or modify this rule. *Williams v. Kwik Shake Dispenser Mfg. Co.,* 214 Ga. 478 (105 S. E. 2d 457) and cit.

> *Writ of error dismissed. Bell and Hall, JJ., concur.*

> Decided May 18, 1961.

*Rogers & Turoff, Jack Turoff,* for plaintiff in error.
*Marion A. Sams,* contra.